# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**JEFFREY RANDLE,**                                                **PETITIONER**

**V.**                         **CIVIL NO. 1:03CV251-P-D**

**DWIGHT PRESLEY, ET AL,**                              **RESPONDENTS**

### ORDER DENYING PETITIONER'S MOTION FOR RELIEF FROM JUDGMENT

This cause is before the court on petitioner's motion for reconsideration of the dismissal of his habeas corpus petition which had been filed pursuant to 28 U.S.C. § 2254. The court will treat this as a motion for relief from judgment, pursuant to Rule 60(b), Federal Rules of Civil Procedure. The court has considered the motion, the Final Judgment dismissing the petition, as well as the applicable law and is unpersuaded that the dismissal was incorrect in law or fact. Accordingly, the motion for relief from judgment is hereby **denied**.

**SO ORDERED**, this the 20th day of April, 2005.

                                                              /s/ W. Allen Pepper, Jr.
                                                              W. ALLEN PEPPER, JR.
                                                              UNITED STATES DISTRICT JUDGE